UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL COLON,

Plaintiff,

-against-

BLUESTAR PROPERTIES, INC., P.S. 157 LOFTS, LLC, 327 ST. NICHOLAS LLC, WEST 127 STREET ASSOC LLC, and JEFFREY PIKUS,

Defendant.

26-CV-3839 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's May 11, 2026 Order, Dkt. 5, the parties were required to file a joint letter, the contents of which are described therein, the Wednesday before the initial conference. To date, the parties have not filed that letter. The parties are ORDERED to file that letter and accompanying contents by **Monday, August 10, 2026 at 3:00 PM**.

SO ORDERED.

Dated: August 7, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge